UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abramou,<br><br>                    Petitioner,<br><br>          v.<br><br>United States Depart of Justice et al.,<br><br>                    Respondent. | 26-CV-664 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Pursuant to the Court's January 26, 2026 Memo Endorsement, ECF No. 10, Petitioner was given the opportunity to file a reply to the Government's opposition, ECF No. 11, by February 17, 2026.  To date, Petitioner has not filed any reply.  In light of Petitioner's *pro se* status, and as a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 4, 2026**. The show cause hearing currently scheduled for February 25, 2026 is **ADJOURNED** until **March 18, 2026** at **11:30 A.M.**  Counsel for Respondents is directed to serve a copy of this Order on Petitioner, and to file proof of service on the docket.


          SO ORDERED.

Dated: February 18, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge