UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abramou, | |
| Petitioner, | 26-CV-664 (DEH) |
| v. | |
| United States Department of Justice et al., | ORDER |
| Respondents. | |

DALE E. HO, United States District Judge:

On March 17, 2026, this Court directed the Clerk of Court to attempt to locate pro bono counsel to appear on behalf of Petitioner.  ECF No. 20.  On March 19, 2026, pro bono counsel filed a notice of appearance on the docket.  ECF No. 21.  By **April 3, 2026**, Petitioner shall file a Reply to Respondents' letter-brief filed on March 13, 2026, ECF No. 18.  A hearing in this matter is scheduled **April 10, 2026** at **3 P.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  Respondents are **ORDERED** to facilitate Petitioner's presence at that hearing.

SO ORDERED.

Dated:  March 23, 2026
        New York, New York

_____
                DALE E. HO
        United States District Judge