UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abramou,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>United States Department of Justice and<br>Homeland Security,<br><br>　　　　　　　Respondent. | 26-CV-664 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　　Pursuant to the oral ruling issued at the hearing held today, April 10, 2026, the Petition for Habeas Corpus is **GRANTED**.  Petitioner shall be released from detention no later than today, **April 10, 2026**.  Respondent shall file a letter on the docket by **April 10, 2026** confirming compliance with this order.  A full written opinion will follow.

SO ORDERED.

Dated: April 10, 2026
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge