**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ABRAMOU,

                           Petitioner,          26 **CIVIL** 0664 (DEH)

        -against-                       **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE AND HOMELAND SECURITY,

                           Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2026, the Government has not rebutted Mr. Abramou's showing that removal is unlikely in the reasonably foreseeable future. Under Zadvydas, and in accordance with the Court's prior order, immediate release, as opposed to a bond hearing, was the proper remedy; accordingly, judgment is entered in favor of the Petitioner.

**DATED:** New York, New York
          June 16, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

                  **BY:**     _____
                                  **Deputy Clerk**