UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abramou,<br><br>               Plaintiff(s),<br><br>            v.<br><br>United States Department of Justice and<br>Homeland Security,<br><br>              Defendant(s). | 26-CV-664 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to an oversight by the Court, an incorrect version of the Court's Opinion and Order in this matter was erroneously docketed on the morning of June 16, 2026. The correct version of the Court's Opinion and Order will docket shortly.

The Clerk of Court is respectfully directed to strike ECF No. 27 from the docket.

SO ORDERED.

Dated: June 16, 2026
      New York, New York

_____
DALE E. HO
United States District Judge