**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 ABRAMOU,

                                    Petitioner,

          -against-                                                          26 **CIVIL** 664 (DEH)

                                                                             **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE AND HOMELAND SECURITY,

                                    Respondent.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 16, 2026, the Government has not rebutted

Mr.Abramou's showing that removal is unlikely in the reasonably foreseeable future. Under

Zadvydas, and in accordance with the Court's prior order, immediate release, as opposed to a

bond hearing, was the proper remedy. Counsel for petitioner may file an application for

attorney's fees and costs pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412 within the time

provided by the Local Rules. Judgment is entered in Petitioner's favor pursuant to F.R.C.P. 58.

**Dated:** New York, New York

          June 23, 2026

                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**

                              **BY:**            _K. mango_
                                              _____
                                                        **Deputy Clerk**